UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20292-CIV-ALTONAGA/Torres

**GIULIANO CARRAFELLI**,

      Plaintiff,
v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**,

      Defendant.
_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **February 26, 2021**. In addition, by **February 26, 2021**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 12th day of February, 2021.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge Torres as interested parties unless they have an interest in the litigation.